UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 13-1605 RSWL (JCx) | Date | May 29, 2013 |
|---|---|---|---|
| Title | Otano v. Ocean, et al. | | |

| Present: The Honorable | RONALD S.W. LEW, Senior United States District Court Judge |
|---|---|

| Joseph Remigio | Wil Wilcox |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Audrey Jing Faber | Alan Gutman |

**Proceedings:**  Defendants Malay and Bhamboo LLC's Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Fed R. Civ. P. 12(b)(6) (filed 04/26/13) **[18]**

    Case called and appearances are made.  Court and counsel confer.  The Court hears further argument.  As reflected on the record, the Motion to Dismiss is GRANTED in part and DENIED in part, with 20 days leave to amend.  The Court will prepare an order further detailing its ruling.

Initials of Deputy Clerk:  JRE
:17