JS-6

KELLEY DRYE & WARREN LLP
  Andrew M. White (STATE BAR NO. 60181)
  Edward E. Weiman (STATE BAR NO. 193290)
  Audrey Jing Faber (STATE BAR NO. 247244)
10100 Santa Monica Boulevard, Twenty-Third Floor
Los Angeles, California 90067-4008
Telephone: (310) 712-6100
Facsimile: (310) 712-6199
awhite@kelleydrye.com
eweiman@kelleydrye.com
afaber@kelleydrye.com

Attorneys for Plaintiff Micah Otano

[ADDITIONAL PARTIES LISTED ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICAH OTANO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MALAY aka JAMES RYAN HO, an individual; and BHAMBOO LLC, a Washington limited liability company,<br><br>Defendants. | **CASE NO. CV13-01605 RSWL (JCx)**<br><br>Hon. Ronald S. W. Lew<br><br>**ORDER RE: DISMISSAL WITHOUT PREJUDICE PURSUANT TO STIPULATION OF DISMISSAL**<br><br>*[Stipulation of Dismissal Without Prejudice filed concurrently herewith]*<br><br>Action Filed: March 6, 2013 |

Pursuant to the Stipulation of Dismissal filed on July 3, 2013 by and through counsel of record in the above-captioned action, the above-entitled action is hereby dismissed in its entirety, against all parties, without prejudice.

IT IS SO ORDERED.

DATED: 7/8/2013        By **RONALD S.W. LEW**
_____
Hon. Ronald S. W. Lew
United States District Judge

LA01\WeimE\502959.1